Samuel MENDELSOHN, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE.

Hannah MENDELSOHN, Petitioner, v.
COMMISSIONER OF INTERNAL
REVENUE.

Nos. 10285, 10286.

United States Court of Appeals
Third Circuit.

Argued Jan. 4, 1951.

Decided Jan. 25, 1951.

Murray M. Weinstein, New York City, for petitioner.

Morton K. Rothschild, Washington, D. C. (Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott, Sp. Assts. to Atty. Gen., on the brief), for respondent.

On petitions for review of the decisions of the Tax Court of the United States.

Before BIGGS, Chief Judge, and MARIS and HASTIE, Circuit Judges.

PER CURIAM.

The petitioners, the Mendelsohns, seek review of the decisions of the Tax Court holding that the petitioners' attempt to show that it was their true intention to enter into a partnership with their 12½ year old daughter was unsuccessful. See Commissioner v. Culbertson, 337 U.S. 733, 69 S.Ct. 1210, 93 L.Ed. 1659. cf. Lamb v. Smith, 3 Cir., 183 F.2d 938 and Davis v. Commissioner of Internal Revenue, 3 Cir., 161 F.2d 361. The question presented is simply one of fact and we cannot say that the Tax Court's holding on this point was clearly erroneous; indeed, if the question were presented to us de novo, we would arrive at the conclusion reached by the Tax Court.

The decisions of the Tax Court are correct and will be affirmed.

Harry E. (Edward) BEACH and Sadie
Beach v. UNITED STATES
of America.

No. 4220.

United States Court of Appeals
Tenth Circuit.

Jan. 5, 1951.

Harold O. Waggoner, Albuquerque, N. M., for appellant.

A. Devitt Vanech, Asst. Atty. Gen. and Roger P. Marquis and John C. Harrington, Attorneys, Department of Justice, Washington, D. C., for appellee.

Before PHILLIPS, Chief Judge, and MURRAH and PICKETT, Circuit Judges.

PER CURIAM.

Docketed and dismissed January 5, 1951, on motion of appellee on ground that order appealed from was not a final and appealable order.